**Order entered September 1, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00246-CV

**THE UNIVERSITY OF TEXAS SOUTHWESTERN MEDICAL CENTER, Appellant**

**V.**

**VERBA KLINGSICK, ET AL., Appellees**

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-07946**

## ORDER

We **REINSTATE** this appeal.

In an order dated August 25, 2015, the Court abated this appeal for sixty days. Prior to the abatement, appellees tendered their brief to the Court, but it was not filed because it was late. Appellees were instructed to file an extension motion, which they have now done. We **GRANT** appellees' August 31, 2015 unopposed second motion for an extension of time to file a brief. We **ORDER** the brief tendered to this Court by appellees on August 24, 2015 filed as of the date of this order.

In accordance with this Court's August 25, 2015 abatement order, we again **ABATE** this appeal. The appeal will be reinstated on Monday, October 26, 2015 or on motion of either party, whichever occurs sooner.

/s/     ELIZABETH LANG-MIERS
             JUSTICE